UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:18-cv-60685-BB

ANNETTE CAVE,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF OFFICE,
BROWARD COUNTY STATE ATTORNEY
OFFICE OF THE 17TH JUDICIAL DISTRICT,
and WILTON MANORS POLICE
DEPT./STATION,

    Defendants.
_____/

### DEFENDANTS, CITY OF WILTON MANORS POLICE DEPARTMENT'S, MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE

The City of Wilton Manors Police Department, an agency of the CITY OF WILTON MANORS, files this motion, by and through the CITY OF WILTON MANORS, and undersigned counsel, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and moves to have the agency dismissed as a named party defendant with prejudice, and states as follows:

1. Plaintiff filed suit against the CITY OF WILTON MANORS POLICE DEPARTMENT and BROWARD COUNTY SHERIFF OFFICE alleging that these Defendants violated their civil rights.

2. The defendant named in Plaintiff's Amended Complaint is the CITY OF WILTON MANORS POLICE DEPARTMENT, which is not an entity which can sue or be sued. The Police Department is, instead, an agency of the CITY OF WILTON MANORS. As such, the claims against

the CITY would necessarily encompass those asserted separately, and improperly, against the city agency.

WHEREFORE, it is respectfully requested that the Court enter an Order dismissing Plaintiff's Amended Complaint with prejudice.

## MEMORANDUM OF LAW

In challenging their arrests and prosecution by the various defendants, Plaintiff has improperly named the City of Wilton Manors Police Department as a party defendant.  The Police Department is not an appropriate party defendant because it is merely an agency of the City, and the vehicle through which the city government fulfills it policing functions.   Pursuant to well-settled case law, a municipal police department is not a proper party defendant in a lawsuit and, as such, the Amended Complaint should be dismissed with prejudice from this case.  Matthews v. Largo Police Dep's, 2005 U.S. Dist. Lexis 34313 (M.D. Fla. 2006); Florida City Police Department v. Corcoran, 661 So.2d 409 (Fla. 3d DCA 1995); Masson v. Miami-Dade County, 738 So.2d 431 (Fla. 3d DAC 1999).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2018 I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH,
 BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Whjohnson@jambg.com

BY:    */s/W. Hampton Johnson IV*
            W. HAMPTON JOHNSON IV
            FL. BAR NO. 98607

## SERVICE LIST

Annette Cave
**PRO SE PLAINTIFF**
2364 Wilton Drive
Wilton Manors, Fl 33305

**MICHAEL P. RUDD, ESQ.**
**PETER A. DIAMOND, ESQ.**
RUDD & DIAMOND PA
**Atty for BSO**
4000 Hollywood Blvd.
Presidential Circle, Suite 120-N
Hollywood, FL 33021
954-961-5059 (Phone)
chayes@rudddiamond.com
vcastro@rudddiamond.com
service@rudddiamond.com

**W. HAMPTON JOHNSON IV, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant, Wilton Manors**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
whjohnson@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)